# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

__Kimberly Burke,__
      **Plaintiff**

    V.

__Universal Fidelity, LP,__
      **Defendant**

**CIVIL ACTION**

**NO. 1:09cv10575 RGS**

## ORDER OF DISMISSAL

__STEARNS, D. J.__

Pursuant to Rule 41.1 of the Local Rules of this Court and in accordance with the Notice issued on __March 1, 2011__, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

          By the Court,

__April 19, 2011__      /s/ *Terri Seelye*
   **Date**             **Deputy Clerk**

(Dismiss LR41ord.wpd - 12/98)            [odismr41.]